NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3286

JASON WOOD,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Michael P. Baranic, Gattey Baranic LLP, of San Diego, California, argued for petitioner.

Meredyth D. Cohen, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Todd M. Hughes, Deputy Director.  Of counsel was Molly Frazer, United States Customs and Border Protection, of Tucson, Arizona.

Appealed from:  Arbitrator's Decision

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3286

JASON WOOD,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

# Judgment

ON APPEAL from a       Petition for review of an arbitrator's decision
by Joseph A. Gentile.

In CASE NO(S).

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, RADER and BRYSON, Circuit Judges):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: June 5, 2008        /s/ Jan Horbaly
                          Jan Horbaly, Clerk